IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DALLAS SONES** *and*  **PLAINTIFFS**
**RONALD MOORE**

v.     CIVIL ACTION NO. 1:25-cv-195-TBM-RPM

**HENDRICK AUTOMOTIVE GROUP, LLC,** *et al.*     **DEFENDANTS**

## FINAL JUDGMENT

Now before the Court are Defendants Hendrick Automotive Group, LLC, *d/b/a BMW of South Austin*, and General Motors, LLC's Notice of Settlement; Defendant Assurant, Inc.'s Motion for Judgment on the Pleadings [28]; and Plaintiffs Dallas Sones and Ronald Moore's Notice of Voluntary Dismissal [32] as to Defendant Concord Auto Protect, Inc.

In light of the Notice of Settlement by Defendants Hendrick Automotive Group, LLC, and General Motors, LLC, and in accordance with the Orders of Dismissal [33], [34] entered this same day, Plaintiffs Dallas Sones and Ronald Moore's claims against Defendants Hendrick Automotive Group, LLC, and General Motors, LLC, are DISMISSED WITH PREJUDICE.

In light of Defendant Assurant, Inc.'s Motion for Judgment on the Pleadings [28] and Plaintiffs Dallas Sones and Ronald Moore's concession [31], and in accordance with the Order granting the Motion for Judgment on the Pleadings [35], Plaintiffs Dallas Sones and Ronald Moore's claims against Assurant, Inc. are DISMISSED WITH PREJUDICE.

Finally, in light of Plaintiffs Dallas Sones and Ronald Moore's Notice of Voluntary Dismissal [32] as to Concord Auto Protect, Inc., Plaintiffs Dallas Sones and Ronald Moore's claims against Concord Auto Protect, Inc., are DISMISSED WITHOUT PREJUDICE.

The Court, after a full review and consideration of the record and the relevant legal authority, finds that in accordance with the Orders of Dismissal [33], [34], the Order granting the Motion for Judgment on the Pleadings [35], and the Notice of Voluntary Dismissal [32], that this CASE is CLOSED.

This, the 9th day of March, 2026.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**